**Order entered March 27, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01043-CR

**STACY DWAYNE JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F14-76039-L**

## ORDER

Before the Court is appellant's March 25, 2020 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief received that same day filed as of the date of this order.

/s/ LANA MYERS
   JUSTICE